# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARIA LEE, Derivatively on Behalf of FORTERRA, INC., <br><br> Plaintiff, <br><br> v. <br><br> JEFFREY K. BRADLEY, W. MATTHEW BROWN, LORI M. BROWNE, WILLIAM KERFIN, KYLE S. VOLLUZ, KEVIN BARNER, ROBERT CORCORAN, SAMUEL D. LOUGHLIN, CLINT MCDONNOUGH, JOHN McPHERSON, CHRIS MEYER, JACQUES SARRAZIN, CHADWICK S. SUSS and GRANT WILBECK, <br><br> Defendants, <br><br> -and- <br><br> FORTERRA, INC., a Delaware corporation, <br><br> Nominal Defendant. | Case No. 1:19-cv-00089-CFC |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NANCY G. MALONEY, Derivatively on Behalf of FORTERRA, INC., <br><br> Plaintiff, <br><br> v. <br><br> JEFFREY K. BRADLEY, W. MATTHEW BROWN, LORI M. BROWNE, WILLIAM KERFIN, KYLE S. VOLLUZ, KEVIN BARNER, ROBERT CORCORAN, SAMUEL D. LOUGHLIN, CLINT McDONNOUGH, JOHN McPHERSON, CHRIS MEYER, JACQUES SARRAZIN, CHADWICK S. SUSS and GRANT WILBECK, <br><br> Defendants, <br><br> -and- <br><br> FORTERRA, INC., a Delaware corporation, <br><br> Nominal Defendant. | Case No. 1:19-cv-01783-CFC |

STIPULATION AND [PROPOSED] ORDER
CONSOLIDATING ACTIONS AND ESTABLISHING
A BRIEFING SCHEDULE FOR CONSOLIDATED ACTION

Plaintiffs Maria Lee ("Lee") and Nancy G. Maloney ("Maloney"), derivatively on behalf of Forterra, Inc. ("Plaintiffs"), nominal party Forterra, Inc. ("Forterra") and defendants Jeffrey K. Bradley, W. Matthew Brown, Lori M. Browne, William Kerfin, Kyle S. Volluz, Kevin Barner, Robert Corcoran, Samuel D. Loughlin, Clint McDonnough, John McPherson, Chris Meyer,

Jacques Sarrazin, Chadwick S. Suss, and Grant Wilbeck ("Defendants"), by and through their undersigned counsel, hereby stipulate as follows:

**WHEREAS**, on July 31, 2018, Plaintiff Maloney filed a stockholder derivative complaint in the Northern District of Texas against Defendants alleging breaches of fiduciary duties, corporate waste and unjust enrichment (the "*Maloney* Texas Action").

**WHEREAS**, in the *Maloney* Texas Action, Maloney sought, derivatively on behalf of Forterra, unspecified damages, an order directing the return of certain payments made to Defendants and imposing a constructive trust thereon, reasonable costs and attorneys' fees and punitive damages;

**WHEREAS**, on January 15, 2019, Plaintiff Lee filed a stockholder derivative complaint in this Court against Defendants alleging violations of Section 14(a) of the Securities and Exchange Act of 1934, as amended, and related rules, breaches of fiduciary duties, corporate waste, constructive fraud and unjust enrichment (the "*Lee* Action").

**WHEREAS**, in the *Lee* Action, Lee seeks, derivatively on behalf of Forterra, unspecified damages, an order directing the return of certain payments made to Defendants, injunctive relief and reasonable costs and attorneys' fees;

**WHEREAS**, on April 18, 2019, this Court entered a stipulated order staying the *Lee* Action until the United States District Court for the Northern District of Texas resolves pending motions to dismiss a related federal securities class action (the "Securities Action");

**WHEREAS**, on July 30, 2019, the Northern District of Texas dismissed the *Maloney* Texas Action without prejudice on the grounds of *forum non conveniens*;

**WHEREAS**, on September 23, 2019, Plaintiff Maloney refiled in this Court her stockholder derivative complaint against Defendants alleging violations of Sections 14(a) and

20(a) of the Securities and Exchange Act of 1934, as amended, and related rules, breaches of fiduciary duties, corporate waste and unjust enrichment (the "*Maloney* Delaware Action").

**WHEREAS**, in the *Maloney* Delaware Action, Maloney seeks, derivatively on behalf of Forterra, unspecified damages, an order directing the return of certain payments made to Defendants and imposing a constructive trust thereon, reasonable costs and attorneys' fees and punitive damages;

**WHEREAS**, Forterra has represented in a recent filing with the United States Securities and Exchange Commission that "[o]n November 4, 2019, the parties to the Securities Action entered into a settlement agreement that is intended to fully and finally resolve all claims in the Securities Action," and that "[t]he parties intend to seek court approval for the settlement" in the Securities Action;

**WHEREAS**, meanwhile, all Defendants have either been served with process or waived service in the *Maloney* Delaware Action and the deadline for Defendants to answer, move, or otherwise respond to the complaint in the *Maloney* Delaware Action is December 16, 2019; and

**WHEREAS**, the parties have met and conferred and agree that, because consolidation of the *Lee* and *Maloney* Delaware Actions would promote judicial economy and preserve both public and private resources, the Court should consolidate the *Lee* Action and *Maloney* Delaware Action pursuant to Fed. R. Civ. P. 42(a).

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the parties hereto, through their undersigned counsel, subject to the approval of the Court, that:

1. The stay in the *Lee* Action is hereby lifted;

2. Pursuant to Fed. R. Civ. P. 42(a), the *Lee* Action and *Maloney* Delaware Action are hereby consolidated (the "Consolidated Action") for all purposes. The Consolidated Action shall

be recaptioned as "*In re Forterra, Inc. Stockholder Derivative Litigation*" and the Consolidated Action will proceed under Case No. 1:19-cv-00089-CFC, with all filings made under the following caption:

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE FORTERRA, INC. STOCKHOLDER DERIVATIVE LITIGATION | Case No. 1:19-cv-00089-CFC |
| This Document Relates To:<br><br>  ALL ACTIONS. | |

3.  Any actions filed in or transferred to this Court which arise out of or relate to the facts alleged in the Consolidated Action shall be consolidated with the Consolidated Action. This Order shall apply to each case which is subsequently consolidated with the Consolidated Action.

4.  Defendants shall have no obligation to respond to the individual complaints filed in the *Lee* Action, *Maloney* Delaware Action, or in any other action consolidated with the Consolidated Action until Lead Plaintiff designates an operative complaint for the Consolidated Action.

5.  Plaintiffs Maria Lee and Nancy G. Maloney shall serve as Co-Lead Plaintiffs.

6.  Bragar Eagel & Squire, P.C. and Robbins Geller Rudman & Dowd LLP shall serve as Lead Counsel for plaintiffs in the Consolidated Action. The law firms of Rigrodsky & Long, P.A. and Andrews & Springer LLP shall be appointed Delaware Counsel for Plaintiffs in the Consolidated Action. Lead Counsel and/or Delaware Counsel shall have authority to speak for plaintiffs in matters regarding pre-trial and trial procedure and settlement negotiations and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of the Consolidated Action and to avoid duplicative or unproductive efforts. No plaintiff shall file or

initiate any motion, request for discovery, or other pre-trial or trial proceedings except through Lead Counsel and/or Delaware Counsel.

7. Defendants may rely upon all agreements made with Lead Counsel and/or Delaware Counsel, and such agreements shall be binding on all plaintiffs.

8. Service upon any plaintiff of all pleadings in the Consolidated Action, except those specifically addressed to a plaintiff other than Lead Plaintiff, shall be completed upon service of Lead Counsel and Delaware Counsel.

9. The parties shall take sixty days from the entry of this stipulation to attempt to resolve the disputed matters. If the parties are unable to reach a resolution within sixty days of entry of this stipulation as the Court's order, the Lead Plaintiffs will then have forty-five days to either designate an operative complaint or to file a consolidated complaint in the Consolidated Action. Defendants will then have forty-five days to answer, move, or otherwise respond to the consolidated complaint; Lead Plaintiffs will file opposition(s) to any motion(s) directed to such complaint within forty-five days after the motion's filing; and Defendants will file reply papers in connection with any such motion(s) within thirty days after the filing of Lead Plaintiffs' opposition.

Dated: December 10, 2019

*Of Counsel*:

Marion C. Passmore
Melissa A. Fortunato
**BRAGAR EAGEL & SQUIRE, P.C.**
885 Third Avenue, Suite 3040
New York, NY 10022
Telephone: (212) 308-5858
passmore@bespc.com
fortunato@bespc.com


*Of Counsel*:

Samuel H. Rudman
Mary K. Blasy
**ROBBINS GELLER RUDMAN
& DOWD LLP**
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: (631) 367-7100
srudman@rgrdlaw.com
mblasy@rgrdlaw.com

Curtis V. Trinko
**LAW OFFICES OF CURTIS V.
TRINKO, LLP**
39 Sintsink Drive West, 1st Floor
Port Washington, NY 11050
Telephone: (516) 883-1437
ctrinko@trinko.com

Kenneth A. Elan
**LAW OFFICES OF KENNETH
A. ELAN**
217 Broadway, Suite 603
New York, NY 10007
Telephone: (212) 962-1224
elanfirm@yahoo.com

**RIGRODSKY & LONG, P.A.**

/s/ *Brian D. Long*
Brian D. Long (#4347)
Gina M. Serra (#5387)
300 Delaware Avenue, Suite 1220
Wilmington, DE 19801
Telephone: (302) 295-5310
Fax: (302) 654-7530
bdl@rl-legal.com
gms@rl-legal.com

*Attorneys for Plaintiff Lee*

**ANDREWS & SPRINGER LLC**

/s/ *David M. Sborz*
Peter B. Andrews (#4623)
Craig J. Springer (#5529)
David M. Sborz (#6203)
3801 Kennett Pike
Building C, Suite 305
Wilmington, DE 19807
Telephone: (302) 504-4957
Fax: (302) 397-2681
pandrews@andrewsspringer.com
cspringer@andrewsspringer.com
dsborz@andrewsspringer.com

*Attorneys for Plaintiff Maloney*

- 8 -

*Of Counsel:*

M. Scott Barnard
Michelle A. Reed
Erin Brewer
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2300 N. Field Street, Suite 1800
Dallas, TX 75201
Telephone: (214) 969-2800
Facsimile: (214) 969-4343
sbarnard@akingump.com
mreed@akingump.com
erin.brewer@akingump.com

*Of Counsel:*

Angela C. Zambrano (*pro hac vice forthcoming*)
Yolanda C. Garcia (*pro hac vice forthcoming*)
**SIDLEY AUSTIN LLP**
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone: (214) 981-3300
Angela.zambrano@sidley.com
Ygarcia@sidley.com

**ROSS ARONSTAM & MORITZ LLP**

/s/ *David E. Ross*
David E. Ross (#5228)
100 S. West Street, Suite 400
Wilmington, Delaware 19801
Telephone: (302) 576-1602
Fax: (302) 576-1100
dross@ramllp.com

*Attorneys for Defendants W. Matthew Brown and William Kerfin*

**ABRAMS & BAYLISS LLP**

/s/ *A. Thompson Bayliss*
A. Thompson Bayliss (#4379)
April M. Kirby (#6152)
20 Montchanin Road, Suite 200
Wilmington, Delaware 19807
Telephone: (302) 778-1000
Fax: (302) 778-1001
bayliss@abramsbayliss.com

*Attorneys for Forterra, Inc., and Defendants Jeffrey K. Bradley, Lori M. Browne, Kevin Barner, Robert Corcoran, Samuel D. Loughlin, Clint McDonnough, John McPherson, Chris Meyer, Jacques Sarrazin, Chadwick S. Suss, Kyle S. Volluz and Grant Wilbeck*

**DLA PIPER LLP (US)**

*/s/ John L. Reed*
John L. Reed (#3023)
1201 North Market Street
Suite 2100
Wilmington, Delaware 19801
Telephone: (302) 468-5700
Fax: (302) 394-2341
john.reed@dlapiper.com

*Attorneys for Defendant Jacques Sarrazin*

**SO ORDERED** this 11th day of December, 2019.

_____
THE HONORABLE COLM F. CONNOLLY
UNITED STATES DISTRICT JUDGE